# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUDOLPH BETANCOURT,

        Plaintiff,

v.                                              Case No:  6:23-cv-468-PGB-LHP

TJ HOTELS LLC and GSS 06, INC,

        Defendants

## ORDER TO STRIKE

This cause comes before the Court *sua sponte*.  Plaintiff instituted this action by complaint filed against Defendants TJ Hotels LLC and GSS 06, Inc on March 14, 2023.  Doc. No. 1.  On April 10, 2023, Kana Jeyaselvan, appearing *pro se*, purported to file an answer on behalf of TJ Hotels LLC.  Doc. No. 13.  However, a limited liability company may only appear and be heard through counsel admitted to practice in this Court.  *See* Local Rule 2.02(b)(2).  *See also Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) ("[L]imited liability companies, like corporations, may appear and be heard only through counsel." (citation and quotation marks omitted)).  It does not appear that Kana Jeyaselvan

is a member of the bar of this Court. Therefore, the answer (Doc. No. 13) is hereby **STRICKEN**.

It is **ORDERED** that TJ Hotels LLC shall have up to and including **May 12, 2023** to appear by counsel and answer or otherwise respond to Plaintiff's complaint. **If TJ Hotels LLC does not appear by counsel and answer or respond to Plaintiff's complaint by that date, a default may be entered against it.**

Given the rulings made herein, Plaintiff's Motion for Court to Strike Defendant, TJ Hotels LLC's "Answer" (Doc. No. 15) **is DENIED as moot.**

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties