# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUDOLPH BETANCOURT,

      Plaintiff,

v.                                                    Case No:   6:23-cv-468-PGB-LHP

TJ HOTELS LLC and GSS 06, INC,

      Defendants

## ORDER

      This cause comes before the Court *sua sponte*.   Plaintiff instituted this action by complaint filed against Defendants TJ Hotels LLC and GSS 06, Inc on March 14, 2023.   Doc. No. 1.   On April 10, 2023, Kana Jeyaselvan, appearing *pro se*, purported to file an answer on behalf of TJ Hotels LLC.   Doc. No. 13.[1]   However, because a limited liability company may appear and be heard only through counsel admitted to practice in this Court, the Court issued an Order to Strike the answer.   Doc. No. 17.   In addition, the Court ordered that TJ Hotels LLC had through May 12, 2023 to appear by counsel, cautioning that failure to appear by counsel and respond to

---

[1] Defendant GSS 06, Inc has not appeared.

Plaintiff's complaint by May 12, 2023 may result in default being entered against it. *Id.*

The May 12, 2023 deadline has now passed, but on review of the docket, no counsel has appeared on behalf of TJ Hotels LLC. Accordingly, the **Clerk of Court** is **DIRECTED** to enter default against TJ Hotels LLC. The Clerk of Court shall further mail a copy of this Order to TJ Hotels LLC c/o Kana Jeyaselvan at the address reflected on the docket.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties